## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  CASE NO. 3:93cr3082/LAC

KAREE LOVELL SAPP

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on June 6, 2008

Motion/Pleadings: MOTION TO RECONSIDER SENTENCE REDUCTION PURSUANT TO UNITED STATES SENTENCING GUIDELINES §2D1.1 (2007) AND TITLE 18 U.S.C. §3582(c)(2)

Filed by Defendant Sapp (pro se)    on 6/06/2008    Doc.# 49

RESPONSES:

BY GOVERNMENT    on 7/2/2008    Doc.# 50

\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *S. Simms*
Deputy Clerk: S. Simms

LC (1 OR 2)

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
***United States District Judge***

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.